**Marilyn GREWE and Dennis Rodden, D.C., Plaintiffs–Appellants,**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Defendant–Respondent.**

No. 58554.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 26, 1990.

Rehearing Denied Feb. 7, 1991.

Norman A. Selner, St. Louis, for plaintiffs-appellants.

Thomas M. Buckley, St. Louis, for defendant-respondent.

ORDER

PER CURIAM.

Appellants appeal the trial court's granting respondent's motion for summary judgment. We hold that the trial court correctly found that there were no genuine issues of material fact and that respondent's request for an independent medical exam was reasonable. Thus, the trial court did not err in granting summary judgment for respondent. An extended opinion would not have precedential value.

Judgment affirmed in accordance with Rule 84.16(b).